UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TYRONE TAYLOR                                                  CIVIL ACTION

VERSUS                                                         NO. 10-841

NELSON COLEMAN                                                 SECTION: "J"(1)
CORRECTIONAL CENTER, ET AL.

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 13th day of May, 2010.

_____
**UNITED STATES DISTRICT JUDGE**